52

■■■■■ JOHN K. SMITH *versus* UNDERHILL DANN, SURVIVING PARTNER OF BENJAMIN WAIT HOPKINS, LATELY TRADING UNDER THE FIRM AND STYLE OF UNDERHILL DANN & CO.

JOURNAL ENTRIES (1825): *Journal 4:* (1) Motion for rule to assign errors *p. 4; (2) motion for supplemental return to certiorari *p. 5; (3) motion for supplemental return overruled *p. 23; (4) judgment *p. 26.
PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari and return; (3) affidavit and petition for supersedeas, allocatur; (4) precipe for supersedeas; (5) motion for rule on J. P. for supplemental return; (6) joinder in error; (7) motion for affirmance of judgment; (8) draft of judgment of affirmance; (9) precipe for fi. fa.; (10) accountable receipt.
*1824–36 Calendar*, MS p. 83. Recorded in *Book B*, MS pp. 508–10.

■■■■■ JEAN BAPTISTE LASSELLE *versus* FRANÇOIS DELAILLE, ANTOINE DELAILLE, AND LOUIS PROUX. ■■■■■

JOURNAL ENTRIES (1825–27): *Journal 4:* (1) Motion for rule to show cause against attachment for failure to return habeas corpus *p. 5; (2) rule to show cause against attachment *p. 46; (3) motion for default judgment *p. 129; (4) rule for nonsuit *p. 130.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus; (3) recognizance; (4) bail piece; (5) motion for rule to show cause against attachment; (6) affidavit in support of motion; (7) draft of rule to show cause; (8) rule to show cause, return; (9) return to writ of habeas corpus; (10) motion for default judgment for want of declaration; (11) writ of fi. fa. for costs.
*1824–36 Calendar*, MS p. 81.

■■■■■ DANIEL MULHOLLON *versus* JOHN ANDERSON. ■■■■■

JOURNAL ENTRIES (1825–26): *Journal 4:* (1) Notice of suit ordered published *p. 6; (2) continued *p. 74; (3) continued *p. 111.
PAPERS IN FILE: (1) Bill of complaint; (2) summons and return; (3) affidavit for service by publication; (4) draft of order for publication; (5) stipulation for continuance; (6) discontinuance.
*Chancery Case* 58 of 1825.